**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMY JINE** and **ANA BIOCINI**, on behalf of themselves and all others similarly situated,<br><br>　　　*Plaintiffs*,<br><br>　v.<br><br>**OTA FRANCHISE CORPORATION**, et al.,<br><br>　　　*Defendants*. | Case No. 8:20-cv-00769-JVS-KES<br><br>**JUDGMENT** |

This matter comes before the Court on Plaintiffs' Motion for Order Dismissing Action With Prejudice and Entering Judgment. Upon consideration of the request and the entire record in this action, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered against Plaintiffs Amy Jine and Ana Biocini's claims in favor of Defendants OTA Franchise Corporation, Newport Exchange Holdings, Inc., NEH Services, Inc., Eyal Shahar, and Samuel R. Seiden (collectively, "Defendants") based on the Court finding that the dispute is arbitrable. *See* Civil Minutes – General (Sept. 11, 2020), ECF No. 45 (order compelling arbitration).

2. This Court hereby dismisses this action on the merits with prejudice against the Defendants, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED, ADJUDGED, and DECREED.**

Dated: December 04, 2020

_____
**James V. Selna**
**United States District Judge**